### (November 18, 1975)

█ CLEMENT WYLE et al., Appellants, v JEROME PRINCE et al., Respondents.—Judgment, Supreme Court, New York County, entered on July 7, 1975, unanimously affirmed on opinion of Helman, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lynch, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BARSKY, Appellant.—Judgment, Supreme Court, New York County, rendered on February 27, 1975, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lynch, JJ.

█ ABKCO INDUSTRIES, INC., Respondent, v CAPITOL RECORDS, INC., Appellant.—Judgment, Supreme Court, New York County, entered on May 12, 1975, unanimously affirmed on opinion of Markowitz, J., at Special Term and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lynch, JJ.